IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAWONE WASHINGTON                                                                                PLAINTIFF

V.                                                                        CIVIL ACTION NO. 4:24-CV-00004-DMB-RP

WARDEN ROJAS, et al.                                                                           DEFENDANTS

ORDER

Plaintiff Dawone Washington, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action. Upon due consideration, the Court finds that Plaintiff's application for leave to proceed IFP is incomplete.

Under 28 U.S.C. § 1915(a)(2), the plaintiff must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." In moving to proceed IFP, Plaintiff submitted an application in which he states that he is not employed, does not receive any income, and does not own any property. Plaintiff, however, failed to submit a *completed* certified copy of his inmate account. To clarify, Plaintiff submitted a certificate of his inmate account in which he wrote in a few blanks himself, but it was neither complete (in which all blanks/questions were answered) nor was it signed by an officer of the appropriate correctional institution. Thus, his application does not comply with the statute's requirements.

Accordingly, Plaintiff is directed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint" within twenty-one (21) days from the date of this order or, in the alternative, pay the filing fee for this

action. Plaintiff's failure to do so will result in dismissal of this action.

**SO ORDERED**, this the 12th day of January, 2024.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE